| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor BSI Financial Services as Servicer for US Bank Trust N.A., as Trustee of the Bungalow Series F Trust | |
| In Re:<br><br>Milorad Stevic<br><br>Debtor(s) | Case No.: 19-23839<br>Chapter   13<br>Judge: Michael B Kaplan |

**Order Filed on April 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 9, 2020**

*/s/ Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Russell L. Low |
| Property (Collateral): | 218 South 4th Avenue, Highland Park, NJ 08904 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **7** months, from **September 1, 2019** to **March 1, 2020**.
- The Debtor is overdue for **7** payments at **$2,579.60** per month.
- Less fund held in debtor(s) suspense at **$961.16**.

    Total Arrearages Due: **$17,096.04**

2. Cure for Post-Petition Arrearages:

- Debtor must bring the account current no later than **April 30, 2020**.
- Beginning on **April 1, 2019**, regular monthly payments shall resume in the amount of **$2,579.60**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:      BSI Financial Services
    314 S. Franklin Street
    P.O. Box 517
    Titusville, PA 16354

In the event of default:

If the Debtor(s) fails to bring the account current, or fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.